

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| STEPHANIE FERNANDEZ AKA STEPHANIE BARFIELD, | § | No. 08-18-00079-CR |
| | § | Appeal from the |
| Appellant, | | |
| | § | 210th District Court |
| v. | | |
| | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | | |
| | § | (TC# 20170D03993) |
| State. | | |
| | § | |

**O R D E R**

The Court GRANTS Erika C. Wright's request for an extension of time within which to file the Reporter's Record until **October 12, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Erika C. Wright, Official Court Reporter for the 210th District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before October 12, 2018.

IT IS SO ORDERED this 5th day of October, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.